FILED US DISTRICT COURT DISTRICT OF NEBRASKA FEB 16 2018 OFFICE OF THE CLERK

United States District Court Nebraska

Billy Tyler
v.
"Kimes", County Judge of Nebraska Douglas County

Case # 8:18CV74
1983 civil action

As said Judge Kimes used her position to browbeat and interrogate Trilla Cummins when Cummins appeared before her to ascertain private constitutionally protected communications between plaintiff and Cummins to get subpoena for Cummins issued to appear as witness against plaintiff in ci166725. ci166725 on docket of Douglas County Nebraska district court wherein state seeks to prosecute plaintiff for illegal

-1-

RECEIVED FEB 16 2018 CLERK U.S. DISTRICT COURT

Practice of law (She Kimes sued individually and officially). We show it is no part of Kimes function to ferret out information as said to facilitate any prosecution or persecution of plaintiff as said and Kimes used her position as Douglas County Judge to violate our Rights under 1st, 4th, 5th, 6th, 8th, 13th, 14th amendments! Every time someone comes before Kimes or haters on NRS 29-2412 motion "Kimes" has policy practice procedure of illegally unconstitutionally interrogating them to illegally ascertain if plaintiff knows such person etc. "Kimes" acts also violate Separation of Powers doctrine as she not to exercise any prosecutorial investigatory

-2-

acts & violated our Constitutional Rights when she did so as said. We PRAy $10,000,000.00 damages and all else just in Premises.

"We Pauper Praying leave to Proceed in forma Pauperis"

2-16-18

Billy Jr
1451 Emmet
Omaha

3